

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-20-00026-CR

**IN RE** Detrick **DEROVEN**

Original Mandamus Proceeding[1]

### ORDER

On January 16, 2020, relator filed a petition for writ of mandamus, a Motion for Leave to File Petition, and a Motion to Proceed In Forma Pauperis. Relator's Motion for Leave to File Petition is denied as moot, and his Motion to Proceed In Forma Pauperis is granted. However, because relator obtained the relief requested, we dismiss his petition for writ of mandamus as moot.

It is so **ORDERED** on February 5, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 1996-CR-3437-A, styled *The State of Texas v. Detrick Deroven*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.